IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| SS BODY ARMOR I, INC., et al., ) | Bk. No. 10-11255 (CSS) |
| ) | |
| Debtors. ) | |
| ) | |
| D. DAVID COHEN, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civ. No. 15-1154-SLR |
| ) | |
| S.S. BODY ARMOR, I, INC., et al., ) | |
| ) | |
| Appellees. ) | |

**ORDER**

At Wilmington this 29th day of January, 2016, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted. The entry of a briefing schedule is postponed pending disposition of the motion to stay.

_____
United States District Judge